UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CACHET CURRIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:15-cv-01596-JCH |
| | ) |
| CITY OF FERGUSON, MISSOURI AND HARRY DILWORTH, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## *NOTICE OF MUTUAL RESOLUTION*

COMES NOW, Defendants, City of Ferguson, Missouri, and Harry Dilworth, and with the consent of Plaintiff (through counsel), notifies this Court that the parties have reached a mutual resolution regarding this matter.  Defendants respectfully request this be placed on the Court's calendar for a ninety-day report regarding the final disposition of the matter.

/s/Peter J. Dunne
Peter J. Dunne  #31482MO
Robert T. Plunkert   #62064MO
Ida S. Shafaie #66220MO
PITZER SNODGRASS, P.C.
Attorneys for Defendants
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 21st day of December, 2015 to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF.

Mr. Stephen M. Ryals
Arch City Defenders, Inc.
812 North Collins Alley
St. Louis, Missouri 63102
sryals@archcitydefenders.org


    /s/ Peter J. Dunne

{01550764.DOCX;1}